**Terrance Lamount JAMES, Plaintiff—Appellant,**

**v.**

**J. HUBERS, Sergeant, Central Prison; Robert Terry, Jr., Hearing Officer, Central Prison; Donnie R. Raynor, Lieutenant, Central Prison; Hattie B. Pimpong, Chief Disciplinary Hearing Officer, Central Prison, Defendants— Appellees.**

No. 04–7964.

United States Court of Appeals, Fourth Circuit.

Submitted: March 10, 2005.

Decided: March 15, 2005.

Terrance Lamount James, Appellant pro se.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrance Lamount James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See James v. Hubers*, No. CA–04–599–5– BO (E.D.N.C. Nov. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*